IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW PFENNIG, et al.,

    Plaintiffs,                              No. CIV S-08-2740 JAM EFB

    vs.

CITY OF REDDING, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        On December 3, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.[1]

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] Although it appears from the file that plaintiffs Robert Beaulieu, Jr., Alicia Dumlao, Joseph Beaulieu and Robert Beaulieu III's copies of the findings and recommendations were returned, those plaintiffs were properly served. It is a plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

1 | The court has reviewed the applicable legal standards and, good cause appearing,
2 | concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.
3 | Accordingly, IT IS ORDERED that:
4 | 1. The proposed Findings and Recommendations filed December 3, 2009, are
5 | ADOPTED;
6 | 2. Defendants' motion for sanctions, Dckt. No. 21, is granted; and
7 | 3. The claims of plaintiffs Robert Beaulieu, Jr. and Alicia Dumlao and the minor
8 | children Robert Beaulieu III and Joseph Beaulieu by and through their guardians ad litem Robert
9 | Beaulieu Jr. and Alicia Dumlao are dismissed without prejudice.
10 | DATED: March 15, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE