1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MATTHEW PFENNIG, et al.,

11         Plaintiffs,                    No. CIV S-08-2740 JAM EFB

12      vs.

13   CITY OF REDDING, et al.,

14         Defendants.                    ORDER

15   _____/

16         On December 3, 2009, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

19         Accordingly, the court presumes any findings of fact are correct.  See Orland v.

20   United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are

21   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

22   1983).

23   _____

24       [1] Although it appears from the file that plaintiffs Robert Beaulieu, Jr., Alicia Dumlao, Joseph
     Beaulieu and Robert Beaulieu III's copies of the findings and recommendations were returned, those
25   plaintiffs were properly served.  It is a plaintiff's responsibility to keep the court apprised of his
     current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record
26   address of the party is fully effective.

1

1    The court has reviewed the applicable legal standards and, good cause appearing,

2  concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3    Accordingly, IT IS ORDERED that:

4    1.  The proposed Findings and Recommendations filed December 3, 2009, are

5  ADOPTED;

6    2.   Defendants' motion for sanctions, Dckt. No. 21, is granted; and

7    3.  The claims of plaintiffs Robert Beaulieu, Jr. and Alicia Dumlao and the minor

8  children Robert Beaulieu III and Joseph Beaulieu by and through their guardians ad litem Robert

9  Beaulieu Jr. and Alicia Dumlao are dismissed without prejudice.

10  DATED:   March 15, 2010

11

12    /s/ John A. Mendez
    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26