```
Gregory W. Winters  SBN #112212
Attorney at Law
1320 Court Street
Redding, CA 96001-1721
Tel: 530-246-4411
Fax: 530-246-4413

Attorney for Plaintiff
MATTHEW PFENNIG
```

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW PFENNIG, ROBERT BEAULIEU JR., ALICIA DUMLAO et al.,<br><br>v.<br><br>CITY OF REDDING, et al. | Case No. 2:08-cv-02740-JAM EFB<br><br>**ORDER RE MOTION TO WITHDRAW AS ATTORNEY OF RECORD**<br>**RULES:  78-230(h) and (j)**<br>**83-182(d)**<br><br>HEARING DATE: Wed., 6-2-2010<br>HEARING TIME: 9:30 a.m.<br>COURT ROOM:    -6-<br>JUDGE:         John A. Mendez |

The matter of the motion for withdrawal as attorney of record for the Plaintiff MATTHEW PFENNIG filed by attorney Gregory W. Winters was heard.  There being no opposition filed by any party the matter was submitted on the pleadings.  Good cause having been shown,

  IT IS HEREBY ORDERED:  Gregory W. Winters is hereby permitted under rules 78-230(h) and (j) and 83-182(d) to withdraw as the attorney of record for Plaintiff MATTHEW PFENNIG.

DATED: June 30, 2010               /s/ John A. Mendez__
                                   JUDGE JOHN A. MENDEZ

1.

ORDER RE MOTION TO WITHDRAW AS ATTORNEY FOR PLAINTIFF MATTHEW PFENNIG

PDF created with pdfFactory trial version www.pdffactory.com