IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW PFENNIG, ROBERT
BEAULIEU JR., ALICIA DUMLAO,
ET AL.,

        Plaintiffs,

    v.

CITY OF REDDING, ET AL.

        Defendants.

_____/

Case No. 2:08-cv-02740-JAM-EFB

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

    This matter comes before the Court on Defendants CITY OF

REDDING, REDDING POLICE DEPARTMENT, LEOBARD F. MOTY, BOUNPON

KONGKEOVIAMAN, BART LANGLEY, JONATHAN SHELDON, ALLAN MELLON,

BRIAN A. MOORE, CHRIS SMYRNOS, REX BERRY, RYAN ELLIS and MIKE

WOOD's Motion for Summary Judgment. (Doc. # 54.) Plaintiffs did

not file an Opposition to Defendants' Motion.

    After a careful review of the record and the pleadings

submitted herein, and in light of Plaintiffs' failure to file

any response to the Defendants' Motion, the Court hereby finds

there are no triable issues of material fact.  Accordingly,

Defendants' motion for summary judgment is GRANTED.

     IT IS SO ORDERED.

DATED: August 17, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE